SAMPSON TKACZYK ET AL. *v.* HERMAN LEVINE, ADMINISTRATOR (ESTATE OF OLGA GALLAGHER), ET AL.

So far as the document dated January 7, 1964, entitled "MOTION FOR AN ORDER PERTAINING TO CLERK EDWARD HORWITZ WITH REVIEW OF ACTION TAKEN BY THE 5 SUPERIOR COURT JUDGES WHO SAT ON THIS CASE, COMBINED WITH BRIEF ON MOTION TO REARGUE" purports to be a motion, it is denied.

*Sampson Tkaczyk* and *Evelyn Tkaczyk,* pro se, in support of the motion.

Submitted January 7—decided January 21, 1964

STATE OF CONNECTICUT *v.* HAROLD FAHY

The Supreme Court of the United States having by its judgment dated December 2, 1963, reversed the judgment of this court dated June 26, 1962, finding no error in the judgment of the Superior Court in Fairfield County dated June 30, 1960, and having remanded the cause to this court for further proceedings, it is ordered that the judgment of the Superior Court dated June 30, 1960, be, and the same hereby is, set aside and the case be, and the same hereby is, remanded to the Superior Court for further proceedings not inconsistent with the opinion of the Supreme Court of the United States announced December 2, 1963, in the case of *Harold Fahy* v. *Connecticut.*

Decided January 21, 1964